UNITED STATES DISTRICT COURT
MIDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
---------------------------------------------------x
In Re:

ANDREW DELANEY,

    Debtor.
---------------------------------------------------x

JOHN DOE NO. 1 and JOHN DOE
NO. 2,

    Plaintiffs,

v.

RELX, INC. D/B/A LEXISNEXIS
USA and PORTFOLIO MEDIA, INC.,

    Defendants.
---------------------------------------------------x

Bankruptcy Case No. 1-20-44372
(United States Bankruptcy Court for
the Eastern District of New York
(Brooklyn)) (Chapter 7)

Case No. 3:25-CV-375-MMH-SJH

## NOTICE OF REMOVAL OF ALL CLAIMS AGAINST RELX, INC. AND PORTFOLIO MEDIA, INC.

TO THE HONORABLE JUDGES OF THIS COURT:

John Doe No. 2, plaintiff, hereby removes to this Court all claims and causes of action in *John Doe No. 1 et al. v. RELX, Inc. et al.*, Case No. 052023CA016793XXXXXX (Fla. 18th Jud. Cir. Ct. February 21, 2023) (the "Lawsuit"), to the United States District Court for the Middle District of Florida Jacksonville Division pursuant to 28 U.S.C. § 1334 and § 1452, and would show:

1

1. The undersigned is the debtor (the "Debtor") in a pending chapter 7 case *In Re Andrew Delaney*, Case No. 20-44372 (Bankr. E.D.N.Y. 2020), and is the plaintiff in the Lawsuit, a state court case reopened by the defendants to assert claims against the Debtor while his bankruptcy case is pending.

2. On January 22, 2025, the defendants reopened the Lawsuit to assert claims against the Debtor. The case was stayed until March 25, 2025. Copies of the Debtor's Complaint and all other papers on file with the state court are attached to this Notice of Removal as Exhibit 1. 28 U.S.C. § 1446(a).

3. This removal is based on this Court's original subject matter jurisdiction "of all civil proceedings arising under title 11, or arising in or related to cases under title 11," the United States Bankruptcy Code. 28 U.S.C. § 1334(b).

4. This removal is made pursuant to 28 U.S.C. § 1452(a), which permits the removal of "any claim or cause of action in a civil action … to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title." This removal is for all claims and causes of action asserted in the Lawsuit, all of which are related to John Doe 2's Chapter 7 bankruptcy proceeding, which was filed and remains pending in the U.S. Bankruptcy Court for the Eastern District of New York. *Id.*

5. The Debtor's bankruptcy case is pending in the United States Bankruptcy Court for the Eastern District of New York (Brooklyn), No. 1-20-44372-jmm. Exhibit 2, attached.

6. 28 U.S.C. § 1334 establishes the jurisdiction of the district courts over bankruptcy matters.

7. Section 1452(a) allows any party to remove any claim or cause of action in a civil action, so long as bankruptcy jurisdiction exists.

8. Because the plaintiffs' claims against RELX, Inc. and Portfolio Media, Inc. (the "Defendants") were based on alleged defamation relating to his bankruptcy case and the Defendants are now asserting new claims against the Debtor in violation of the automatic stay of 11 U.S.C. § 362, and because those claims arose in and/or are related to a case under title 11, giving this Court jurisdiction pursuant to § 1334 and making those claims subject to removal pursuant to Section 1445(a). *See In re Alvarez*, 224 F.3d 1273, 1275 (11th Cir. 2000) (affirming dismissal of claim filed by chapter 7 debtor in state court, following § 1445(a) removal of lawsuit to federal court).

9. Removal to this District is proper because the state court action is pending in Brevard County, Florida. 28 U.S.C. § 1452(a).

10. This case was closed. The defendants recently reopened the case in order to file claims against the Debtor in violation of the Bankruptcy Code.

11. The Debtor is giving written notice of the filing of this Notice of Removal to the Defendants' counsel and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the 18th Judicial District, Brevard County, Florida.

12. The other plaintiff, John Doe No. 1, has consented to the removal of the Lawsuit to this Court and to have his claims removed. Exhibit 3.

13. The Debtor is a pro se se disabled senior under The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.

Dated: Jacksonville, Florida
March 29, 2025

*Andrew Delaney*

Andrew Delaney
for John Doe No. 2
Plaintiff-Debtor
10175 Fortune Parkway Ste 1103
Jacksonville, FL 32256
(321) 339-9301

## EXHIBITS

1. Complaint and all other pleadings on file in *John Doe No. 1 et al. v. RELX, Inc. et al.*, Case No. 052023CA016793XXXXXX (Fla. 18th Jud. Cir. Ct. February 21, 2023), in the Circuit Court of the 18th Judicial District, Brevard County, Florida.

2. March 29, 2025 Consent to Removal from Christopher T. Beres on behalf of John Doe No. 1.

3. Docket sheet in *In re Andrew Delaney*, No. 1-20-44372-jmm, United States Bankruptcy Court, Eastern District of New York (Brooklyn), as of March 29, 2025.

11332135.1.17-355

## List of Counsel

Counsel for John Doe No. 1

Christopher Beres, Esq.
1600 Sarno Road Ste. 1
Melbourne, FL 32935
(321) 339-9301
christopherberes8@gmail.com

Counsel for RELX, Inc. and Portfolio Media, Inc.

Elizabeth A. McNamara, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
(212) 489-8230
lizmcnamara@dwt.com

Sarah Papadelias, Esq.
Deanna Shullman, Esq.
Shullman Fugate PLLC
2101 Vista Parkway, Suite 5006
West Palm Beach, Florida 33411
(561) 429-3619
spapadelias@shullmanfugate.com
dshullman@shullmanfugate.com