# Register of Actions Activity

## 05-2023-CA-016793-XXXX-XX - JOHN DOE VS RELX INC

| Prty | Event Date | Doc | Seq | Description | Image | Amount | Writ Doc | Deputy |
|---|---|---|---|---|---|---|---|---|
|  | 02/21/2023 | 1 | 1 | COVER SHEET | 🖼 |  |  | 1078 |
|  | 02/21/2023 | 2 | 2 | COMPLAINT - DEMAND JURY TRIAL | 🖼 |  |  | 1078 |
|  | 02/21/2023 |  | 3 | PROPOSED SUMMONS TO BE ISSUED | 🖼 |  |  | 1078 |
|  | 02/21/2023 |  | 4 | PROPOSED SUMMONS TO BE ISSUED | 🖼 |  |  | 1078 |
| P 1 | 02/21/2023 |  | 5 | ASM: CIRCUIT CIVIL FILING FEE |  | $401.00 |  | 1421 |
| P 1 | 02/21/2023 |  | 6 | ASM: ISSUE CIRCUIT SUMMONS |  | $20.00 |  | 1421 |
|  | 02/21/2023 |  | 7 | ORIGINAL FILING UPDATED |  |  |  | 1421 |
|  | 02/22/2023 | 3 | 1 | AO PRPSD CASE MGMT PLAN | 🖼 |  |  | 1078 |
|  | 02/22/2023 | 4 | 2 | AO PRPSD CASE MGMT ORDER | 🖼 |  |  | 1078 |
|  | 02/23/2023 | 5 | 1 | SUMMONS ISSUED EMAILED TO ATTY | 🖼 |  | 5 | 1135 |
|  | 02/23/2023 | 6 | 2 | SUMMONS ISSUED EMAILED TO ATTY | 🖼 |  | 6 | 1135 |
|  | 03/07/2023 | 7 | 1 | RETURN OR PROOF OF SERVICE | 🖼 |  |  | 1078 |
|  | 03/08/2023 | 8 | 1 | RETURN OR PROOF OF SERVICE | 🖼 |  |  | 1078 |
|  | 03/21/2023 | 9 | 1 | MOTION FOR EXTENSION | 🖼 |  |  | 1078 |
|  | 03/22/2023 | 10 | 1 | REPLY ANSWER OR RESPONSE<br>IN OPPOSITION TO DEF RELX INC AND PORTFOLIO MEDIA INC<br>MOTION FOR EXTENSION OF TIME TO RESPOND TO PLF COMPLAINT | 🖼 |  |  | 1078 |
|  | 03/23/2023 | 11 | 1 | REPLY ANSWER OR RESPONSE<br>FILED BY PLF | 🖼 |  |  | 1078 |
|  | 03/27/2023 | 12 | 1 | MOTION TO DISMISS | 🖼 |  |  | 1078 |
|  | 03/27/2023 | 14 | 2 | AFFIDAVIT IN SUPPORT | 🖼 |  |  | 1078 |
|  | 03/27/2023 | 15 | 3 | DEFENDANTS EXHIBIT | 🖼 |  |  | 1078 |
|  | 03/27/2023 | 16 | 4 | DEFENDANTS EXHIBIT | 🖼 |  |  | 1078 |
|  | 03/28/2023 | 13 | 1 | AMND REPLY ANSWER OR RESPONSE | 🖼 |  |  | 1078 |
| P 1 | 04/03/2023 |  | 1 | ASM: RECORDING TWO PAGES |  | $18.50 |  | 1015 |
|  | 04/03/2023 | 17 | 2 | ER: NTC VOL DISMISS CASE | 🖼 |  |  | 1078 |
|  | 04/03/2023 |  | 3 | ORIGINAL DISPOSITION UPDATED |  |  |  | 1015 |
|  | 04/11/2023 |  | 1 | REOPEN FILING UPDATED |  |  |  | 886 |

|     | Date       | #  | Seq | Description                    | Img | Amount   | Code |
|-----|------------|----|-----|--------------------------------|-----|----------|------|
|     |            |    |     | MOTION FOR ATTORNEY FEES       |     |          |      |
|     | 04/11/2023 | 18 | 2   | MOT ASSMNT FOR ATTY FEES/COSTS | 📄  |          | 1078 |
|     | 04/11/2023 | 19 | 3   | AFFIDAVIT IN SUPPORT           | 📄  |          | 1078 |
| PH1 | 04/11/2023 |    | 4   | ASM: CIRCUIT ATTY PRO HAC VICE |     | $100.00  | 818  |
|     | 04/11/2023 |    | 5   | REOPEN FILING UPDATED          |     |          | 818  |
|     |            |    |     | MOTION FOR PRO HAC VICE        |     |          |      |
|     | 04/11/2023 | 20 | 6   | MOTION APPEAR PRO HAC VICE     | 📄  |          | 1078 |
|     | 04/17/2023 |    | 1   | REOPEN FILING UPDATED          |     |          | 1296 |
|     |            |    |     | MOTION TO SET ASIDE DISMISSAL  |     |          |      |
|     | 04/17/2023 | 21 | 2   | MOTION TO SET ASIDE DISMISSAL  | 📄  |          | 1078 |
|     | 04/19/2023 |    | 1   | REOPEN FILING UPDATED          |     |          | 1296 |
|     |            |    |     | MOTION TO STRIKE               |     |          |      |
|     | 04/19/2023 | 22 | 2   | MOTION TO STRIKE               | 📄  |          | 1078 |
|     | 04/21/2023 | 23 | 1   | OBJECTION                      | 📄  |          | 1078 |
|     | 05/03/2023 | 24 | 1   | REPLY ANSWER OR RESPONSE       | 📄  |          | 1078 |
|     | 05/04/2023 | 25 | 1   | REPLY ANSWER OR RESPONSE       | 📄  |          | 1078 |
|     | 05/08/2023 | 26 | 1   | AMENDED COMPLAINT              | 📄  |          | 1078 |
|     | 05/08/2023 | 27 | 2   | REPLY ANSWER OR RESPONSE       | 📄  |          | 1078 |
|     | 05/11/2023 |    | 1   | REOPEN FILING UPDATED          |     |          | 1421 |
|     |            |    |     | MOTION TO SANCTION             |     |          |      |
|     | 05/11/2023 | 28 | 2   | MOTION IMPOSE SANCTIONS        | 📄  |          | 1078 |
|     | 05/17/2023 | 29 | 1   | MOTION FOR EXTENSION           | 📄  |          | 1078 |
|     | 05/26/2023 | 30 | 1   | NOTICE OF HEARING              | 📄  |          | 1078 |
|     | 05/26/2023 | 31 | 2   | NOTICE OF HEARING              | 📄  |          | 1078 |
|     | 05/26/2023 | 32 | 3   | REPLY ANSWER OR RESPONSE       | 📄  |          | 1078 |
|     | 07/17/2023 |    | 1   | CAL:HEARING                    |     |          |      |
|     |            |    |     | Calendar Posting on 05-26-2023 |     |          |      |
|     | 07/17/2023 |    | 2   | CR: HEARING HEARD              |     |          |      |
|     |            |    |     | Calendar Posting on 08-01-2023 |     |          |      |
|     | 07/20/2023 |    | 1   | CAL:HEARING                    |     |          |      |
|     |            |    |     | Calendar Posting on 05-26-2023 |     |          |      |
|     | 07/20/2023 |    | 2   | CR: HEARING HEARD              |     |          |      |
|     |            |    |     | Calendar Posting on 08-01-2023 |     |          |      |
|     | 07/21/2023 |    | 1   | REOPEN DISPOSITION UPDATED     |     |          | 818  |
|     | 07/21/2023 | 36 | 2   | ORD GRANT APPEAR PRO HAC VICE  | 📄  |          | 1078 |
|     | 07/21/2023 |    | 3   | REOPEN DISPOSITION UPDATED     |     |          | 818  |

| | Date | # | | Description | | Amount | Code |
|---|---|---|---|---|---|---|---|
| | 07/21/2023 | 37 | 4 | ORDER DENYING PETITION/MOTION | | | 1078 |
| | 07/26/2023 | 33 | 1 | CERTIFICATE OF SERVICE | | | 1078 |
| | 07/26/2023 | 34 | 2 | CERTIFICATE OF SERVICE | | | 1078 |
| | 07/31/2023 | 35 | 1 | NOTICE OF HEARING | | | 1078 |
| | 08/02/2023 | 38 | 1 | NOTICE OF UNAVAILABILITY | | | 1078 |
| | 08/30/2023 | 39 | 1 | AFFIDAVIT IN OPPOSITION | | | 1078 |
| | 09/05/2023 | 40 | 1 | NOTICE OF WITHDRAWAL | | | 1078 |
| | 09/12/2023 | 41 | 1 | NOTICE OF HEARING | | | 1078 |
| | 09/12/2023 | 42 | 2 | AMENDED NOTICE OF HEARING | | | 1078 |
| PH2 | 10/04/2023 | | 1 | ASM: CIRCUIT ATTY PRO HAC VICE | | $100.00 | 102 |
| | 10/04/2023 | 44 | 2 | MOTION APPEAR PRO HAC VICE | | | 1078 |
| | 10/04/2023 | | 3 | REOPEN FILING UPDATED<br>MOTION FOR APPEAR PRO HAC VICE | | | 102 |
| | 10/09/2023 | 43 | 1 | MEMORANDUM LAW IN OPPOSITION | | | 1078 |
| | 10/11/2023 | 45 | 1 | REPLY ANSWER OR RESPONSE | | | 1078 |
| | 10/13/2023 | | 1 | CAL:HEARING<br>Calendar Posting on 07-31-2023 | | | |
| | 10/13/2023 | | 2 | CR: HEARING HEARD<br>Calendar Posting on 12-18-2023 | | | |
| | 10/16/2023 | 46 | 1 | NOTICE OF DISCHARGE<br>OF ATTORNEY | | | 459 |
| | 10/16/2023 | 47 | 2 | NTC CHANGE FIRM ATTY OF RECORD | | | 1078 |
| | 10/16/2023 | 48 | 3 | NTC CHANGE FIRM ATTY OF RECORD | | | 1078 |
| | 10/16/2023 | 49 | 4 | NTC VOLUNTARY DISMISS CASE | | | 1078 |
| | 10/20/2023 | 50 | 1 | PROOF OF PUBLICATION | | | 1494 |
| | 10/27/2023 | 51 | 1 | NTC VOLUNTARY DISMISS CASE | | | 1078 |
| | 10/27/2023 | | 2 | REOPEN DISPOSITION UPDATED | | | 818 |
| | 10/27/2023 | | 3 | REOPEN DISPOSITION UPDATED | | | 818 |
| | 12/08/2023 | 52 | 1 | MOTION TO DISQUALIFY JUDGE | | | 1078 |
| | 12/08/2023 | 53 | 2 | MOTION TO DISQUALIFY JUDGE | | | 1078 |
| | 12/08/2023 | | 3 | REOPEN FILING UPDATED<br>MOTION DISQUALIFY JUDGE | | | 22 |
| | 12/13/2023 | 55 | 1 | ORDER GRANTING<br>MOTION/PETITION<br>ATTORNEY FEES COSTS | | | 1078 |
| | 12/13/2023 | | 2 | REOPEN DISPOSITION UPDATED | | | 217 |

| | Date | No. | # | Description | | Amount | Pages |
|---|---|---|---|---|---|---|---|
| | 12/13/2023 | | 3 | REOPEN DISPOSITION UPDATED | | | 22 |
| | 12/13/2023 | 57 | 4 | ORDER DENYING PETITION/MOTION DISQUALIFY JUDGE | | | 1078 |
| | 12/15/2023 | 54 | 1 | CORRESPONDENCE | | | 1078 |
| | 12/18/2023 | 56 | 1 | CERTIFICATE OF SERVICE | | | 1078 |
| | 12/19/2023 | 58 | 1 | ORDER | | | 1078 |
| | 12/24/2023 | 59 | 1 | MOTION TO VACATE | | | 1078 |
| | 12/24/2023 | | 2 | REOPEN FILING UPDATED MOTION TO VACATE | | | 818 |
| | 12/24/2023 | 60 | 3 | MOTION TO VACATE | | | 1078 |
| | 01/08/2024 | 62 | 1 | NOTICE OF MEDIATION | | | 1078 |
| | 01/09/2024 | 61 | 1 | ER:CV NTC APPEAL DISTRICT CRT | | | 1078 |
| | 01/09/2024 | 63 | 2 | REPLY ANSWER OR RESPONSE | | | 1078 |
| P 1 | 01/10/2024 | | 1 | ASM: APPEAL CIRCUIT TO 5DCA | | $100.00 | 532 |
| | 01/10/2024 | 64 | 2 | ER:CV NTC APPEAL DISTRICT CRT | | | 525 |
| | 01/11/2024 | 65 | 1 | 5DCA ACKNOWLEDGE - RECORD | | | 525 |
| | 01/17/2024 | 66 | 1 | LETTER REQUESTING APPEAL FEES | | | 525 |
| | 01/18/2024 | 67 | 1 | REPLY ANSWER OR RESPONSE | | | 1078 |
| | 02/12/2024 | 68 | 1 | LETTER REQUESTING APPEAL FEES | | | 525 |
| | 03/11/2024 | 69 | 1 | NOTICE INABILITY TO PRODUCE RECORD ON APPEAL 5D24-0087 | | | 525 |
| P 1 | 03/12/2024 | | 1 | ASM: CIR CIV APPEAL RECORD DOC | | $210.00 | 532 |
| P 1 | 03/12/2024 | | 2 | ASM: CIR CIV CERTIFICATE CLERK | | $7.00 | 532 |
| | 03/13/2024 | 70 | 1 | ACK OF NOA & ASSIGN SUP CRT NO | | | 525 |
| | 03/13/2024 | 71 | 2 | SUPREME COURT ORDER | | | 525 |
| | 03/14/2024 | 72 | 1 | INDEX TO RECORD ON APPEAL | | | 525 |
| | 03/20/2024 | 73 | 1 | RETURNED MAIL | | | 532 |
| | 03/28/2024 | 74 | 1 | SUPREME COURT ORDER | | | 525 |
| | 03/29/2024 | | 1 | CAL:PRIVATE CIRCUIT MEDIATION Calendar Posting on 01-10-2024 | | | |
| | 10/18/2024 | 75 | 1 | DISTRICT COURT ORDER | | | 532 |
| | 12/11/2024 | 76 | 1 | ACK OF NOA & ASSIGN SUP CRT NO | | | 525 |
| | 12/11/2024 | 77 | 2 | SUPREME COURT ORDER | | | 525 |

| Date | No. | # | Description | | Amount |
|---|---|---|---|---|---|
| 12/23/2024 | 78 | 1 | ER:CV MANDATE 5D2024-0087 | | 525 |
| 12/27/2024 | 79 | 1 | ACK OF NOA & ASSIGN SUP CRT NO | | 525 |
| 01/06/2025 | 80 | 1 | SUPREME COURT ORDER | | 532 |
| 01/22/2025 |    | 1 | REOPEN FILING UPDATED MOTION FOR ATTORNEY FEES | | 818 |
| 01/22/2025 | 81 | 2 | MOTION FOR ATTORNEY FEES | | 1078 |
| 01/22/2025 | 82 | 3 | ATTY AFDVT:FEES TIME OR COSTS | | 1078 |
| 01/22/2025 | 83 | 4 | ATTY AFDVT:FEES TIME OR COSTS | | 1078 |
| 01/22/2025 | 84 | 5 | AFFIDAVIT | | 1078 |
| 01/22/2025 | 85 | 6 | AFFIDAVIT | | 1078 |
| 01/30/2025 | 86 | 1 | SUPREME COURT ORDER | | 525 |
| 03/25/2025 | 87 | 1 | SUPREME COURT ORDER | | 525 |