IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE NO. 1 and
JOHN DOE NO. 2 AKA
ANDREW DELANEY,

                   Plaintiffs,

 v.

RELX Inc. d/b/a LEXIS NEXIS USA and
PORTFOLIO MEDIA, INC.,

                   Defendants.

Case No. 6:25-cv-00726-GAP-DCI

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice,

pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its

respective attorneys' fees and costs.

Dated: May 1, 2025

Respectfully submitted,

| | |
|---|---|
| ***/s/ Andrew Delaney a/k/a John Doe No. 2*** <br> Andrew Delaney a/k/a John Doe No. 2 <br> 10175 Fortune Parkway, Suite 1103 <br> Jacksonville, FL 32256 <br> Tel: (321) 339-9301 <br><br> *Plaintiff-Debtor* <br><br> ***/s/ Christopher Beres a/k/a John Doe No. 1*** <br> Christopher Beres a/k/a John Doe No. 1 <br> (Fla. Bar No. 588261) | ***/s/ Deanna K. Shullman*** <br> Deanna K. Shullman (Fla. Bar No. 514462) <br> Sarah M. Papadelias (Fla. Bar No. 125098) <br> SHULLMAN FUGATE PLLC <br> 2101 Vista Parkway, Suite 5006 <br> West Palm Beach, FL 33411 <br> dshullman@shullmanfugate.com <br> spapadelias@shullmanfugate.com <br> Tel: (561) 429-3619 |

| | |
|---|---|
| 1600 Sarno Road, Suite 1<br>Melbourne, Florida 32935<br>bereschristopherteny@gmail.com<br>christopherberes8@gmail.com<br>Tel: (321) 339-9301 | *Attorneys for Defendants RELX Inc. and Portfolio Media, Inc.* |