**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JOHN DOE NO. 1 and JOHN DOE NO. 2,**

      **Plaintiffs,**

**v.**                                              **Case No: 6:25-cv-726-PGB-DCI**

**RELX, INC. and PORTFOLIO MEDIA, INC.,**

      **Defendants.**
_____/

**ORDER**

This cause is before the Court on the parties' Joint Stipulations of Dismissal With Prejudice, filed May 1, 2025. (Docs. 11, 12).[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants Relx, Inc., and Portfolio Media, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending motions and thereafter close the file.

**DONE AND ORDERED** in Orlando, Florida on May 2, 2025.

---

[1] The parties filed two nearly identical Joint Stipulations of Dismissal With Prejudice. (Docs. 11, 12).

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties